UNITED STATES DISTRICT COURT

DISTRICT OF OREGON, PORTLAND DIVISION

| | |
|---|---|
| Steven L. Stanley, | Case No: 3:21-cv-193-MO |
| Plaintiff, | |
| vs. | Judge: Michael Mosman |
| COMMUNITY DEVELOPMENT Partners, et. al., | |
| Defendants. | PLAINTIFF'S MOTION TO TAKE JUDICIAL NOTICE |

Comes now Plaintiff, and moves this Honorable Court to take judicial notice pursuant to Rule 201(b) (adjudicative facts) codified in Sec. 452 of the evidence code. Specifically, that Defendants have received Plaintiff's Request For Waiver of Service of Summons complete with response form (See Exhibit A attached hereto). Service was effectuated via Certified Mail on February 11, 2021 and will await receivership of waiver and then proceed with filing.

Plaintiff states such notice eliminates any varying interpretations or dispute and the factual aspect is scarely indisputable. See, e.g., Khoja v. Orexigen Therapeutics, Inc., 899 F.3d 988, 1002-1005 (9th Cir. 2018); U.S. v. Ritchie, 342 F.3d 903, 907 (9th Cir. 2003).

Wherefore, Plaintiff incorporates by reference into the case record, proceedings.

Respectfully Submitted,

Steven L. Stanley

Steven L. Stanley, Plaintiff
MPS/Studios, 850 NE 81st Ave.
Suite 216, Portland, Or. 97213
(503) 957-4226

## CERTIFICATE OF SERVICE

I, Steven L. Stanley hereby certify the foregoing Judicial Notice motion was sent by regular U.S. Mail, postage prepaid to Clerk of Courts, U.S. District Court, Mark O. Hatfield Courthouse, 1000 SW 3rd Ave., Portland, Or. 97204 this 18th day of February 2021, and to the following Defendants Counsel:

Atty. Christopher J. Drotzmann
200 SW Market St., Suite 1800
Portland, Or. 97201

and

Atty. William Edgar
1211 SW 5th Ave., Suite 2850
Portland, Or. 97204

Steven L. Stanley

Steven L. Stanley
503-957-4226

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Community Development Partners
Bradford Long
126 NE Alberta St, Suite 202
Portland, OR 97211
(omplaint (1983)

9590 9402 5859 0038 1326 20

2. Article Number (Transfer from service label)

7019 2970 0000 3598 3140

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _[signature]_
☐ Agent
☐ Addressee

B. Received by (Printed Name): Rusty An
C. Date of Delivery: 2/11/21

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Mail Restricted Delivery

☒ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☒ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053       Domestic Return Receipt

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Guardian Management LLC
Park Ave. West
760 SW 9th Ave, Suite 2200
Portland, OR 97205
Complaint (1983)

9590 9402 5859 0038 1326 37

2. Article Number (Transfer from service label)

7019 2970 0000 3598 3133

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X MB #512
☒ Agent
☐ Addressee

B. Received by (Printed Name): C-19
C. Date of Delivery: 2-11-21

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Mail Restricted Delivery

☒ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☒ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053       Domestic Return Receipt

USPS TRACKING #

PORTLAND OR 972
FEB 2021 PM 3 L

9402 5859 0038 1326 20

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

- Sender: Please print your name, address, and ZIP+4® in this box•

Steven L. Stanley
MP5/Studios
850 NE 81st Av., #216
Portland, Or. 97213

---

USPS TRACKING #

PORTLAND OR 972
FEB 2021 PM 2 L

9402 5859 0038 1326 37

States
Service

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

- Sender: Please print your name, address, and ZIP+4® in this box•

Steven L. Stanley
MP5/Studios
850 NE 81st Av., #216
Portland, Or. 97213

# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF OREGON, PORTLAND

Steven L. Stanley,

    Plaintiff,

Vs.

Community Development

Partners, and

Guardian Management LLC,

    Defendants.

Case No.: 3:21-cv-00193-MO

(In Re: }1983 Civil Rights Complaint)

Judge: Michael Mosman

**PLAINTIFFS REQUEST FOR WAIVER OF SERVICE OF SUMMONS**

Plaintiff, Steven L. Stanley has filed a lawsuit against you, and or the entity you represent, in the above captioned Court and case number. A copy of the complaint is attached.

This is not a summons or an official notice from the court. It is Plaintiffs request that to avoid expenses, you waive formal service of summons by signing and returning the enclosed waiver. To avoid these expenses, you must return the signed waiver within a maximum of 30 days from the date shown below, which is the date this notice was sent. Two copies of the waiver form are enclosed, along with a stamped, self-addressed envelope for returning one copy. You may keep the other copy.

If you return the signed waiver, I will file it with the court. The action will then proceed as if you had been served on the date the waiver is filed, but no summons will be served on you and you will then have 60 days from the date this notice is sent (see the date below) to answer the complaint.

If you do not return the signed waiver within the time indicated, I will arrange to have the summons and complaint served on you. And in which case I will ask the court to require you, or the entity you represent, to pay the expenses of making service. Please read F.R.C.P. Rule 4 about the duty to avoid unnecessary expenses.

Date: 2/9/21

Sincerely;

*Steven L. Stanley*

**Steven L. Stanley, pro se Plaintiff**

**Milepost 5/The Studios**

**850 NE 81st Av., Suite 216**

**Portland, Oregon 97213**

**(503) 957-4226**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of this Request for Waiver of Summons was sent to you by regular U.S. Mail this ___9th___ day of ___February___, 2021 (Certified)

_Steven L. Stanley_

Steven L. Stanley – Plaintiff

(503) 957-4226

(2)

# UNITED STATES DISTRICT COURT

# OREGON DISTRICT, PORTLAND

| | |
|---|---|
| **Steven L. Stanley,** | **Case No.:** |
| **Plaintiff,** | |
| **Vs.** | **Judge:** |
| **Community Development Partners**, and | |
| Guardian **Management,** | **WAIVER OF THE SERVICE OF SUMMONS** |
| **Defendants.** | |

I have received your request to waive service of summons in this action along with a copy of the Complaint, two copies of this waiver form and a prepaid means of returning one signed copy of the form to you.

I, and or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under F.R.C.P., Rule 12 within 60 days from February 9th, the date when this request was sent (or 90 days if it was sent outside the U.S.). If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date:_____

_____
(Signature of the Attorney or Authorized Agent, and or Unrepresented party)

_____
Printed name

_____
Address

_____
_____

_____
Phone

_____
E-mail address