23 FEB '21 15:12 RECVD USDC-ORP

UNITED STATES DISTRICT COURT

PORTLAND OREGON DIVISION

| | |
|---|---|
| Steven L. Stanley, | Case No: 3:21-cv-193-MO |
| Plaintiff, | |
| Vs. | Judge: Michael Mosman |
| Community Development Partners, et. al., | |
| Defendants. | PLAINTIFF'S MOTION FOR LEAVE TO AMEND AND FILE COMPLAINT |

Comes now Plaintiff, Steven L. Stanley, and moves for grant of leave to file Amended Complaint pursuant to F.R.C.P., Rule 15. Plaintiff states the Amended Complaint is within the specified time period, places no undue hardship upon Defendants and should be freely give. Amended Complaint attached herewith.

Date: 2/23/2021

Respectfully Submitted;

Steven L. Stanley

Steven L. Stanley, pro se Plaintiff
MPS/The Studios
850 NE 81st Av., Suite 216
Portland, Or. 97213
(503) 957-4226

## CERTIFICATE OF SERVICE

I hereby certify a true and correct copy of motion for Leave to file Amended Complaint with Amended Complaint was hand delivered (placed in Courts drop box) this 23rd day of February, 2021 with copies mailed, postage prepaid to the following:

cc: Atty. Christopher Drotzmann
200 SW Market St., Suite 1900
Portland, Or. 97201

and

Atty. William Edgar
Greenspoon Marder
1211 SW 5th Ave., Suite 2850
Portland, Or. 97204

*Steven L. Stanley*
Steven L. Stanley - Plaintiff
(503) 957-4226