UNITED STATES DISTRICT COURT

DISTRICT OF OREGON, PORTLAND DIVISION

Steven L. Stanley,                     Case No: 3:21-cv-193 MO
    Plaintiff,
Vs.                                    Judge: Michael Mosman
Community Development
Partners, et.al.,
    Defendants.                        REQUEST TO TAKE
                                                          JUDICIAL NOTICE

    Now comes Plaintiff and requests this Honorable Court to take notice of facts adjudicative that affects the determination of controverted issues pertinent in litigation of this cause of action which also adds corroboration to elements of Plaintiff's claims. Plaintiff's requests judicial notice pursuant to Fed. Rule of Evidence, Rule 201(c)(d). The Court has discretion and is permitted to consult the sources of pertinent data to which they refer or may make an independant search for persuasive data, and or rest content with what he has or what the parties present. See, e.g., Hawkins v. U.S., 358 U.S. 74, 79 S.Ct. 136 (1958); Barron v. Reich, 13 F.3d 1370, 1377 (9th Cir. 1994). Ref: Morgan, Judicial Notice, 57 Harv.L.Rev. 269, 270-71 (1944).

Plaintiff directs the Courts attention to a series of published articles and news stories which have a direct bearing-relation to allegations and claims set forth in Complaint and Preliminary Injunction request. Submission of such documentive evidence as newspaper articles and matters of public record. See Blair v. City of Pomona, 223 F.3d 1074 (9th Cir. 2000) - No. 98-55548; Khoja v. Orexigen Therapeutics, 899 F.3d 988, 994 (9th Cir. 2018).

Plaintiff guides the Courts Notice, attention to the following which can immediately be Googled:

1) "NE Portland Apartments Once Praised As Affordable Enclave for Artists Have Fallen Into Disrepair, Tenants Say", posted by Simon Guitierrez, Feb. 25, 2020 (www.kptv-kpdx.com).

2) "Affordable Housing Developer Threatens to Push out Artists", posted by Rachel Monahan, Aug. 2, 2018 (www.wweek.com).

3) "Groundbreaking Artists Space Milepost 5 Changes Hands", posted by April Baer (OPB), Feb. 15, 2018.

Plaintiff submits this evidence will provide the Court with some insights, historical background and backdrop to matters of which he complains and to illustrate the falsehood of defendant CDP's true goals, intent contrary to the represented

(2)

facts over reality put forth in application[s] to HUD certification, FHA provisions [42 U.S.C., sec. 1437f et seq.], OHCS and LIHTC funding and grants, loans, notwithstanding the false, misleading hyperbole of Defendants stated goal, purpose and intentions given to surrounding neighborhood and MPS/The Lofts Homeowners Association which was to maintain MPS Studios as a creative artists work place and affordable housing as former Mayor Sam Adams had envisioned and traditionally had been. The reality of CDP and management was a classic exercise of 'Smoke and Mirrors'.  Plaintiff states the evidence in support of his claims, allegations is overwhelming and requires a thorough Federal and State investigation, audit of CDP's Federal, State funding, grant and loan applications dating back to 2018. Defendants custom[s], policy, practices, acts, omissions, and failures were the moving force (proximate cause) and did cause injury to Plaintiff resulting in the deprivations suffered as detailed in Complaint[s] and Motion for Preliminary Injunction as required. See City of Canton v. Harris, 489 U.S. 378, 109 S.Ct. 1197 (1989); Davis v. City of Ellensburg, 869 F.2d 1230, at 1235 (9th Cir. 1989); Heliotrope General, Inc. v. Ford Motor Co., 189 F.3d 971, at 981 n.18 (9th Cir. 1999).

(3)

Respectfully Submitted;

*Steven L. Stanley*

Steven L. Stanley, pro se Plaintiffs

MPS/Studios, 850 NE 81st Ave., Suite 216

Portland, Or. 97213

(503) 957-4226

## CERTIFICATE OF SERVICE

I hereby certify a true and correct copy of the foregoing Request to Take Notice was hand delivered and placed in the Court Clerk drop box at U.S. District Court, Mark O. Hatfield Courthouse, 1000 SW Third Ave., Portland, Or, this 9th day of March, 2021.

cc: Atty. Christoper J. Drotzmann

Defendants Counsel

Davis Rothwell Earle & Xo'chihua P.C.

200 SW Market St., Suite 1800

Portland, Or. 97201

503-222-4422

*Steven L. Stanley*

Steven L. Stanley - Plaintiffs

503-957-4226

(4)