EXHIBIT #1-A



S. Stanley
MRS/The Studios
850 NE 81st Av., #216
Portland, Or. 97213

RECEIVED
FEB 01 2021

972O4-373300

PORTLAND OR 972
29 JAN 2021 PM 6

Greenspoon Marder
Atty. Mr. William Edgar
Pac West Center
1211 SW 5th Ave, Suite 2850
Portland, Or. 97204

DEFENDANTS_000088

Dear Mr. Edgar, Thurs. 1/28/21 5 PM

Please understand that giving the standard Notice of Intent is not a "threat" but a necessary requirement of law and essentially founded in the concept of fundamental fairness so that a party is not blindsided and is given opportunity to adequately know what is coming their way. Also, I am curious as to your obvious perspective that the "settlement agreement" somehow forfeits ones most fundamental entitled Constitutional and Civil rights, notwithstanding negating ones entitlements, privileges enumerated in ADA and FHA provisions. You are not a state, Federal or County prosecutor in a criminal case prosecution (which such waiver generally involves waiver of right to appeal). At any rate it is up to a Federal judge to decide such matters and take into consideration that a 68 yr old, disabled individual suffering memory lapses induced by a cocktail in his HIV medication which any medical professional may be called upon to so attest and not to mention going uncounseled, having no legal consultation with a non-dee partia impartial counsel beyond that of defendants counsel to review and explain to me the significance and ramifications of entering into such agreement by independant party to me before signing. In effect, you took advantage of an elderly disabled that had a memory and/or

DEFENDANTS_000089



DEFENDANTS_000090

that factually will be shown to have enabled (if not aided, abetted, encouraged) the creation of such hostile and dangerous environment. Even Viridian (Stacey Cascieto) would never have allowed such destabilization and criminality to exist and reducing MP5 to such a ghetto slum like state. As i have said previously, the only true winner is GreenspoonMarder who gets the big $$ pay-off from liabless clientel. Not but once, (the gun incident) and your spoofy response to my OSHA complaint have i ever gotten responses to any of my complaints to violations of rights, laws, the misconduct, disturbing behavior of various sordid tenants, an issue of Due Process, Equal Protection i suppose?!" I have repeatedly warned you all of your violative and displayed deliberate indifference and unconstitutional conduct was headed. But from your self-inflated self importance, self-entitlements, power and money dancing about atop your pedestal of aloofness in Trumpanista fashion believe you are above the law... but look at where it got all of them. In a mere 2 yr. time span CDP has destroyed everything MP5 was and stood for as with its citywide reputation only to inflict the imposition of a criminal infested slum right in the middle

DEFENDANTS_000091



DEFENDANTS_000092

trying to figure out what other private action I can initiate against him for threatening my life. The Metro Security replacement is supposed to come and deliver the security cam footage of the event to the host's Home owners chair-person Ms. Trot. She says maybe next week then I also have her testimony of what she saw or heard. If you really want to help resolve your clients attached liability to this affair which I am alleging and will link/establish you can assist in providing his name either to me or the assisting atty. at Volunteers of America's victims assistance unit 503-802-0506 so we can proceed with the TRO. As you well know, a judge will not issue such order based simply on the 'John Doe occupant of MPS studios in Rm 328. The ball[is] is in your court my good man.

Sincerely,
Steven Stanley
MPS # 216
503-954-4226

DEFENDANTS_000093

Almost forgot-

① I request the names of those individuals who are factually the titled owners of the MPE/studios property.

② The full and correct names of those individuals factually and are operationally the acting and site managers of said/the studios

③ The name(s) and addresses of those to receive notices such as tenant complaints, and who process those complaints, and the name(s), address (es) of individuals authorized to receive legal matters such as service of process. See ORS ann __

