AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Oregon

Steven L. Stanley
_____
Plaintiff(s)

v.   Civil Action No. 3:21-cv-00193-MO

Jacqueline King
Community Development Partners
Guardian Management LLC, et.al.
_____
Defendant(s)

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Jacqueline King, Guardian Management LLC
Their Legal Counsel:   760 SW 9th Ave., Portland, Or. 97201
Atty- Sean McKean              Suite 2200
Davis Rothwell Earle, Xo'chichua (503) 243-5470 * Workplace: Milepost 5/Studios
200 SW Market St.,       Assistant Resident Mgr., 850 NE 81st Ave.,
Suite 1800, Portland     Portland, Or. 97213 (503) 333-3331
Or. 97201 (503) 222-4422

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Steven L. Stanley - Plaintiff         Represented by:
MP5/Studios                            Kenneth R. Davis, II
850 NE 81st Ave., Suite 216            Lane Powell P.C.
Portland, Or. 97213 (503) 957-4226     601 SW Second Ave, Suite 2100
                                       Portland, Or. 97204-3158
                                       (503) 778-2200

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

MARY L. MORAN, Clerk of Court

Date: 05/12/2021   By: /s/ J. Harper, Deputy Clerk

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Oregon

| | |
|---|---|
| Steven L. Stanley<br>*Plaintiff(s)*<br>v.<br>Community Development Partners, Brad Coupchiack, Guardian Management LLC<br>*Defendant(s)* | Civil Action No. 3:21-cv-00193-MO |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Brad Coupchiack - Employee/Agent Guardian Management LLC, 760 SW 9th Ave., Suite 2200, Portland, Or. 97201 (503)243-5470
Workplace: MP5/Studios, 850 NE 81st Ave., Resident Mgr. Office, Portland, Or. 97213

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Steven L. Stanley - Plaintiff
MP5/Studios
850 NE 81st Ave., Suite 216
Portland, Or. 97213
(503) 957-4226

Represented by:
Kenneth R. Davis, II
601 SW Second Ave, Suite 2100
Lane Powell PC
Portland, Or. 97204-3158
(503) 778-2200

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: **05/12/2021**

**MARY L. MORAN, Clerk of Court**

By: **s/ J. Harper, Deputy Clerk**

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Oregon

Steven L. Stanley
*Plaintiff(s)*

v.

Community Development Partners,
Guardian management LLC
*Defendant(s)*

Civil Action No. 3:21-cv-00193-MO

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Kyle Paine - owner, Community Development Partners
126 NE Alberta St., Suite 202
Portland, Oregon 97211 (971) 533-7466

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Steven L. Stanley; MPS/studios, 850 NE 81st Ave., Suite 216
Portland, Or. 97213 (503) 957-4226
Represented by: Kenneth R. Davis, II, Lane Powell P.C.
601 SW Second Ave., Suite 2100
Portland, Or. 97204-3158
(503) 778-2200

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**MARY L. MORAN, Clerk of Court**

Date: **05/12/2021**

By: **/s/ J. Harper, Deputy Clerk**

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Oregon

Steven L. Stanley
*Plaintiff(s)*

v.    Civil Action No. 3:21-cv-00193-MO

Community Development Partners
Guardian Management LLC
*Defendant(s)*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Erik Paine - owner, Community Development Partners
126 NE Alberta St., Suite 202
Portland, Oregon 97211 (971) 533-7466

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Steven L. Stanley: MP5/studios, 850 NE 81st Ave, Suite 216
Portland, Or. 97213 (503) 957-4226
Represented by: Kenneth R. Davis, II, Lane Powell P.C.
601 SW Second Ave., Suite 2100
Portland, Or. 97204-3158
(503) 778-2200

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**MARY L. MORAN, Clerk of Court**

Date: **05/12/2021**    By: **s/J. Harper, Deputy Clerk**