Steven L. Stanley

# UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

**STEVEN L. STANLEY**
    **Plaintiff(s),**

v.

**COMMUNITY DEVELOPMENT PARTNERS (CDP), et al.**
    **Defendant(s).**

Case No.: 3:21–cv–00193–MO

**PRO BONO APPOINTMENT RESPONSE FORM**

In response to the Court's Order Appointing Pro Bono Counsel, I hereby certify that:

☒ Representation of for all purposes is accepted. If appropriate, a Substitution of Counsel will be filed to designate the responsible attorney continuing as counsel of record.

☐ Termination of this appointment is requested based on the following conflict of interest:

☐ No conflict of interest exists. However, termination of this appointment is requested for the following reason(s):

☐ I request a 14–day extension of time to review this case and respond to the Order Appointing Pro Bono Counsel.

**DATED** this  13th  day of  May  2021
.

   /s/ Kenneth R. Davis, II
Signature

   Kenneth R. Davis, II, OSB No. 971132
Printed Name and Oregon State Bar No.