Kenneth R. Davis II, OSB No. 971132
davisk@lanepowell.com
Carter M. Mann, OSB No. 960899
mannc@lanepowell.com
**LANE POWELL PC**
601 S.W. Second Avenue, Suite 2100
Portland, Oregon 97204
Telephone:  503.778.2100
Facsimile:  503.778.2200

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| STEVEN L. STANLEY,<br><br>                                  Plaintiff,<br><br>       v.<br><br>COMMUNITY DEVELOPMENT PARTNERS (CDP) - ERIK PAINE; KYLE PAINE; BRADFORD LONG; GUARDIAN MANAGEMENT, LLC,<br><br>                                  Defendants. | Case No. 3:21-CV-193-MO<br><br>NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL |

TO:         CLERK OF THE COURT

AND TO:   ALL PARTIES AND THEIR RESPECTIVE COUNSEL OF RECORD

PAGE 1 –  NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL

**LANE POWELL PC**
601 S.W. SECOND AVENUE, SUITE 2100
PORTLAND, OREGON 97204
503.778.2100  FAX: 503.778.2200

444444.2940/8444218.1

PLEASE TAKE NOTICE that Kenneth R. Davis, II of Lane Powell PC, hereby withdraws as counsel for Steven L. Stanley ("Plaintiff") and provides notice of the substitution of Carter M. Mann of Lane Powell PC as counsel for Plaintiff. This notice shall be effective as of the date of filing. Copies of all further pleadings, except original process, shall be served at Lane Powell PC, 601 SW Second Avenue, Suite 2100, Portland, OR 97204.

DATED: May 13, 2021

| LANE POWELL PC | LANE POWELL PC |
|---|---|
| By: /s/ Kenneth R. Davis II<br>Kenneth R. Davis II, OSB No. 971132<br>Lane Powell PC<br>601 SW 2nd Ave., Ste. 2100<br>Portland, OR 97204<br>Telephone: 503.778.2100<br>E-Mail: davisk@lanepowell.com | By: /s/ Carter M. Mann<br>Carter M. Mann, OSB No. 960899<br>Lane Powell PC<br>601 SW 2nd Ave., Ste. 2100<br>Portland, OR 97204<br>Telephone: 503.778.2100<br>E-Mail: mannc@lanepowell.com |
| Withdrawing Attorney | Attorney for Plaintiff, Steven L. Stanley |

PAGE 2 – NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL

**LANE POWELL PC**
601 S.W. SECOND AVENUE, SUITE 2100
PORTLAND, OREGON 97204
503.778.2100  FAX: 503.778.2200

444444.2940/8444218.1