Carter M. Mann, OSB No. 960899
mannc@lanepowell.com
**LANE POWELL PC**
601 S.W. Second Avenue, Suite 2100
Portland, Oregon 97204
Telephone: 503.778.2100
Facsimile: 503.778.2200

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| STEVEN L. STANLEY,<br><br>        Plaintiff,<br><br>   v.<br><br>COMMUNITY DEVELOPMENT PARTNERS (CDP) - ERIK PAINE; KYLE PAINE; BRADFORD LONG; GUARDIAN MANAGEMENT, LLC,<br><br>        Defendant. | Case No. 3:21-CV-193-MO<br><br>**PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO RULE 12 MOTIONS** |

PAGE 1 – PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO RULE 12 MOTIONS

**LANE POWELL PC**
601 S.W. SECOND AVENUE, SUITE 2100
PORTLAND, OREGON 97204
503.778.2100  FAX: 503.778.2200

719694.0001/8455965.1

Plaintiff hereby requests additional time—to **June 24, 2021**—to respond to defendants' pending Fed. R. Civ. P. 12 Motions to Dismiss.  This motion is necessary because the undersigned counsel for plaintiff first appeared in this case this week and requires additional time to familiarize himself with the pleadings and the underlying facts of the case.  The undersigned has conferred with counsel for defendants and has confirmed that the defendants do not oppose this motion.

DATED:  May 20, 2021

                                        LANE POWELL PC

                                        By:  */s/ Carter M. Mann*
                                                Carter M. Mann, OSB No. 960899
                                                Telephone:  503.778.2100
                                        Attorneys for Plaintiff

PAGE 2 – PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO RULE 12 MOTIONS

**LANE POWELL PC**
601 S.W. SECOND AVENUE, SUITE 2100
PORTLAND, OREGON 97204
503.778.2100  FAX: 503.778.2200

719694.0001/8455965.1