**U.S. Department of Justice**
**United States Marshals Service**

# PROCESS RECEIPT AND RETURN
*See "Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Steven L. Stanley | 3:21-cv-143-MO |
| DEFENDANT Jacqueline King – Employee/Agent for Defendant Guardian Management LLC | TYPE OF PROCESS Sec. 1983 Civil Complaint |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Jacqueline King, Guardian Management LLC
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
760 SW 9th Ave., Suite 2200, Portland, OR 97201 (503) 243-5470

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Steven L. Stanley - Plaintiff
MP5/Studios
850 NE 81st Ave., Suite 216
Portland, OR 97213
(503) 957-4226

| | |
|---|---|
| Number of process to be served with this Form 285 | 1 |
| Number of parties to be served in this case | 2 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (*Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service*):

Represented by: Sean McKean, Christopher J. Drotzman
Davis Rothwell Earle & Xo'chichua
200 SW Market St., Suite 1800
Portland, OR 97201
(503) 222-4422

Jacqueline King, Guardian Mgmnt.
Resident Mgr., MP5/Studios
850 NE 81st Ave., Res. Mgr. Office
Portland, OR 97213 (503) 333-3331
Workplace - 9am-5pm - Mon. - Fri.

Signature of Attorney other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT
*Steven L. Stanley*
TELEPHONE NUMBER: 503-957-4226
DATE: 5/7/21

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. D65 | District to Serve No. D65 | Signature of Authorized USMS Deputy or Clerk | Date 5/17/21 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (*See remarks below*)

Name and title of individual served (*if not shown above*):
KELLY PAINE, PORTFOLIO MANAGER, GUARDIAN MGMNT.

☒ A person of suitable age and discretion then residing in defendant's usual place of abode

Address (*complete only different than shown above*):

| Date | Time | |
|---|---|---|
| 05/25/21 | 1530 | ☐ am ☒ pm |

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges including *endeavors* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| 65x2=130 | 0.00 | 0.00 | $130.00 | 0.00 | 0.00 |

REMARKS: SERVED TO KELLY PAINE AT GUARDIAN MGMNT.

PRINT 5 COPIES:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/80

USM-285 is a 5-part form. Fill out the form and print 5 copies. Sign as needed and route as specified below.

Case 3:21-cv-00193-MO    Document 52    Filed 06/09/21    Page 2 of 3

**U.S. Department of Justice**
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See "Instructions for Service of Process by U.S. Marshal"

| | |
|---|---|
| PLAINTIFF: Steven L. Stanley | COURT CASE NUMBER: 3:21-cv-193-mo |
| DEFENDANT: Erik Paine – owner Community Development Partners, et.al | TYPE OF PROCESS: Sec. 1983 Civil Complaint |

SERVE AT:
NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Erik Paine – Community Development Partners (owner)
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
126 NE Alberta St., Suite 202, Portland, Or. 97211 (971) 533-7466

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:
Steven L. Stanley – Plaintiff
MP5 Studios
850 NE 81st Ave., Suite 216
Portland, Or. 97213
(503) 957-4226

| | |
|---|---|
| Number of process to be served with this Form 285 | 1 |
| Number of parties to be served in this case | 2 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):
Erik Paine – Owner, Community Development Partners, 126 NE Alberta St., Suite 202, Portland, Or. 97211 (971) 533-7466 [9am-5pm] Mon-Fri. Legal Counsel Represented by: Christopher J. Drotzman / Davis Rothwell Earle & Xo'chihua P.C. 200 SW Market St., Suite 1800, Portland, Or. 97201-5745 (503) 222-4422 [9am-5pm] mon.-Fri.

Signature of Attorney other Originator requesting service on behalf of:
Steven L. Stanley
☒ PLAINTIFF
☐ DEFENDANT
TELEPHONE NUMBER: 503-957-4226
DATE: 5/7/21

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. P65 | District to Serve No. P65 | Signature of Authorized USMS Deputy or Clerk | Date 5/17/21 |
|---|---|---|---|---|---|

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above)

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Address (complete only different than shown above)

Date: 05/2?/21   Time: 1145   ☒ am ☐ pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges including endeavors | Forwarding Fee | Total Charges $135.04 | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| 65x2=130 | 9 x .56 | 0.00 | | 0.00 | 0 IFP |

REMARKS: $5.04

PRINT 5 COPIES:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/80

USM-285 is a 5-part form. Fill out the form and print 5 copies. Sign as needed and route as specified below.

Case 3:21-cv-00193-MO   Document 52   Filed 06/09/21   Page 3 of 3

**U.S. Department of Justice**
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See "Instructions for Service of Process by U.S. Marshal"

| | |
|---|---|
| PLAINTIFF Steven L. Stanley | COURT CASE NUMBER 3:21-cv-193-MO |
| DEFENDANT Brad Coupchiack, Employee/Agent for Defendant Guardian Management LLC | TYPE OF PROCESS Sec. 1983 Civil Rights Complaint |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Guardian Management LLC
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
760 SW 9th Ave., Suite 2200, Portland, Or. 97201 (503) 243-5470

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Steven L. Stanley
850 NE 81st Ave., Suite 216
MP5/The Studios
Portland, Or. 97213
(503) 957-4226

| | |
|---|---|
| Number of process to be served with this Form 285 | One (1) |
| Number of parties to be served in this case | two (2) |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Represented by:
Christopher J. Drotzman
Davis Rothwell Earle & Xo'chichua P.C.
200 SW Market St., Suite 1800
Portland, Or. 97201
(503) 222-4422

Brad Coupchiack, Guardian Management LLC
760 SW 9th Ave., Suite 2200, Portland,
Or. 97201 (503) 243-5470. Workplace:
MP5/The Studios, Resident Mgr. Office,
850 NE 81st Ave., Portland, Or. 97213
(503) 333-3331 Works 9am-5pm Mon-Fri.

Signature of Attorney other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT
Steven L. Stanley
TELEPHONE NUMBER 503-957-4226
DATE 5/7/21

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. D65 | District to Serve No. D65 | Signature of Authorized USMS Deputy or Clerk | Date 5/17/21 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above)
KELLY PAINE, PORTFOLIO MANAGER, GUARDIAN MGMNT

☒ A person of suitable age and discretion then residing in defendant's usual place of abode

Address (complete only different than shown above)

| Date | Time | |
|---|---|---|
| 05/25/21 | 1530 | ☐ am ☒ pm |

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges including endeavors | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| 65x2=130 | 0.00 | 0.00 | $130.00 | 0.00 | 0.00 |

REMARKS:
SERVED TO KELLY PAINE AT GUARDIAN MGMNT.

PRINT 5 COPIES:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/80