Carter M. Mann, OSB No. 960899
mannc@lanepowell.com
Courtney B. McFate, OSB No. 202025
mcfatec@lanepowell.com
**LANE POWELL PC**
601 S.W. Second Avenue, Suite 2100
Portland, Oregon 97204
Telephone:  503.778.2100
Facsimile:  503.778.2200

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| STEVEN L. STANLEY,<br><br>           Plaintiff,<br><br>     v.<br><br>COMMUNITY DEVELOPMENT PARTNERS (CDP) - ERIK PAINE; KYLE PAINE; BRADFORD LONG; GUARDIAN MANAGEMENT, LLC,<br><br>           Defendant. | Case No. 3:21-CV-193-MO<br><br>**PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO RULE 12 MOTIONS** |

PAGE 1 –   PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF
             TIME TO RESPOND TO RULE 12 MOTIONS

**LANE POWELL PC**
601 S.W. SECOND AVENUE, SUITE 2100
PORTLAND, OREGON 97204
503.778.2100  FAX: 503.778.2200

719694.0001/8526531.1

Plaintiff hereby requests additional time—to **July 1, 2021**—to respond to defendants' pending Fed. R. Civ. P. 12 Motions to Dismiss. The undersigned has conferred with counsel for defendants and has confirmed that the defendants do not oppose this motion.

DATED:  June 23, 2021

                        LANE POWELL PC


                    By:   *s/ Courtney B. McFate*
                          Carter M. Mann, OSB No. 960899
                          Courtney B. McFate, OSB No. 202025
                          Telephone:  503.778.2100
Attorneys for Plaintiff

PAGE 2 – PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO RULE 12 MOTIONS

**LANE POWELL PC**
601 S.W. SECOND AVENUE, SUITE 2100
PORTLAND, OREGON 97204
503.778.2100  FAX: 503.778.2200

719694.0001/8526531.1