Carter M. Mann, OSB No. 960899
mannc@lanepowell.com
Courtney B. McFate, OSB No. 202025
mcfatec@lanepowell.com
**LANE POWELL PC**
601 S.W. Second Avenue, Suite 2100
Portland, Oregon 97204
Telephone: 503.778.2100
Facsimile: 503.778.2200

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| STEVEN L. STANLEY,<br><br>                              Plaintiff,<br><br>     v.<br><br>COMMUNITY DEVELOPMENT PARTNERS (CDP) - ERIK PAINE; KYLE PAINE; BRADFORD LONG; GUARDIAN MANAGEMENT, LLC,<br><br>                              Defendant. | Case No. 3:21-CV-193-MO<br><br>**DECLARATION OF COURTNEY B. McFATE IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS' SECOND FED. R. CIV. P. 12 MOTIONS** |

I, Courtney B. McFate, declare as follows:

1.  I am an attorney with Lane Powell PC, attorneys of record for Plaintiff Steven L. Stanley. I have personal knowledge of the facts set forth herein. I make this declaration in support of Plaintiff's Opposition to Defendants' Second Fed. R. Civ. P. 12 Motions.

2.  Plaintiff filed his Amended Complaint ("Complaint") on April 27, 2021.

3.  This handwritten Complaint was prepared without the assistance of counsel.

4.  On May 12, 2021, Defendants Community Development Partners (CDP), Erik Paine, Kyle Paine, Bradford Long, and Guardian Management, LLC filed their Second Fed. R.

PAGE 1 –   DECLARATION OF COURTNEY B. McFATE IN SUPPORT
OF PLAINTIFF'S OPPOSITION TO DEFENDANTS'
SECOND FED. R. CIV. P. 12 MOTIONS

**LANE POWELL PC**
601 S.W. SECOND AVENUE, SUITE 2100
PORTLAND, OREGON 97204
503.778.2100  FAX: 503.778.2200

719694.0001/8544259.1

Civ. P. 12 Motions, including motions to dismiss for failure to state a claim upon which relief can be granted under Fed. R. Civ. P. 12(b)(6), and motions to strike under Rule 12(f).

5.  On May 13, 2021, Lane Powell PC filed its notice of appearance on behalf of plaintiff.

**I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge.**

Executed on July 1, 2021 in Portland Oregon.

*s/ Courtney B. McFate*
Courtney B. McFate

PAGE 2 – DECLARATION OF COURTNEY B. McFATE IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS' SECOND FED. R. CIV. P. 12 MOTIONS

**LANE POWELL PC**
601 S.W. SECOND AVENUE, SUITE 2100
PORTLAND, OREGON 97204
503.778.2100  FAX: 503.778.2200

719694.0001/8544259.1