Carter M. Mann, OSB No. 960899
mannc@lanepowell.com
Courtney B. McFate, OSB No. 202025
mcfatec@lanepowell.com
**LANE POWELL PC**
601 S.W. Second Avenue, Suite 2100
Portland, Oregon 97204
Telephone:  503.778.2100
Facsimile:  503.778.2200

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| STEVEN L. STANLEY,<br><br>         Plaintiff,<br><br> v.<br><br>COMMUNITY DEVELOPMENT PARTNERS (CDP) - ERIK PAINE; KYLE PAINE; BRADFORD LONG; GUARDIAN MANAGEMENT, LLC,<br><br>         Defendants. | Case No. 3:21-CV-193-MO<br><br>**PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE JOINT PROPOSED PRETRIAL ORDER AND JOINT ADR REPORT** |

PAGE 1 –   PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE JOINT PROPOSED PRETRIAL ORDER AND JOINT ADR REPORT

**LANE POWELL PC**
601 S.W. SECOND AVENUE, SUITE 2100
PORTLAND, OREGON 97204
503.778.2100  FAX: 503.778.2200

719694.0001/8549597.1

The current deadline to file the Joint Proposed Pretrial Order and the Joint ADR Report is set for July 6, 2021. Plaintiff hereby requests that deadline to be reset to **January 3, 2022**. The undersigned has conferred with counsel for defendants and has confirmed that the defendants do not oppose this motion.

DATED: July 2, 2021

                          LANE POWELL PC

                          By:   *s/ Courtney B. McFate*
                                Carter M. Mann, OSB No. 960899
                                Courtney B. McFate, OSB No. 202025
                                Telephone: 503.778.2100
                      Attorneys for Plaintiff

PAGE 2 – PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE JOINT PROPOSED PRETRIAL ORDER AND JOINT ADR REPORT

LANE POWELL PC
601 S.W. SECOND AVENUE, SUITE 2100
PORTLAND, OREGON 97204
503.778.2100  FAX: 503.778.2200

719694.0001/8549597.1