Case 3:21-cv-00193-MO    Document 60    Filed 07/07/21    Page 1 of 2

Carter M. Mann, OSB No. 960899
mannc@lanepowell.com
Courtney B. McFate, OSB No. 202025
mcfatec@lanepowell.com
**LANE POWELL PC**
601 S.W. Second Avenue, Suite 2100
Portland, Oregon 97204
Telephone:  503.778.2100
Facsimile:  503.778.2200

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| STEVEN L. STANLEY,<br><br>                                      Plaintiff,<br><br>     v.<br><br>COMMUNITY DEVELOPMENT PARTNERS (CDP) - ERIK PAINE; KYLE PAINE; BRADFORD LONG; GUARDIAN MANAGEMENT, LLC,<br><br>                                      Defendants. | Case No. 3:21-CV-193-MO<br><br>**PLAINTIFF'S UNOPPOSED AMENDED MOTION FOR EXTENSION OF TIME TO FILE JOINT PROPOSED PRETRIAL ORDER AND JOINT ADR REPORT** |

PAGE 1 –   PLAINTIFF'S UNOPPOSED AMENDED MOTION FOR EXTENSION OF TIME TO FILE JOINT PROPOSED PRETRIAL ORDER AND JOINT ADR REPORT

**LANE POWELL PC**
601 S.W. SECOND AVENUE, SUITE 2100
PORTLAND, OREGON 97204
503.778.2100  FAX: 503.778.2200

719694.0001/8552970.1

The current deadline to file the Joint Proposed Pretrial Order and the Joint ADR Report is set for July 6, 2021. Plaintiff hereby respectfully requests that deadline to be reset to **January 3, 2022**. The parties have begun the meet and confer process required to prepare the joint proposed pretrial order and joint ADR report; however, this matter is still in the early stages and formal discovery has not yet commenced. As such, the parties are not yet prepared to fully engage in the meet and confer process at this time. Moreover, defendants' Rule 12 motion is pending.

Finally, the parties have begun engaging in informal settlement discussions, and more time is needed for the parties to determine whether this matter can be resolved without requiring the Court's intervention. The undersigned has conferred with counsel for defendants and has confirmed that the defendants do not oppose this motion.

DATED: July 7, 2021

                        LANE POWELL PC

                        By:  *s/ Courtney B. McFate*
                              Carter M. Mann, OSB No. 960899
                              Courtney B. McFate, OSB No. 202025
                              Telephone:  503.778.2100
                        Attorneys for Plaintiff

PAGE 2 –   PLAINTIFF'S UNOPPOSED AMENDED MOTION FOR EXTENSION OF TIME TO FILE JOINT PROPOSED PRETRIAL ORDER AND JOINT ADR REPORT

**LANE POWELL PC**
601 S.W. SECOND AVENUE, SUITE 2100
PORTLAND, OREGON 97204
503.778.2100  FAX: 503.778.2200

719694.0001/8552970.1