**Christopher J. Drotzmann, OSB No. 962636**
Email: cdrotzmann@davisrothwell.com
**Sean D. McKean, OSB No. 204142**
Email: smckean@davisrothwell.com
**DAVIS ROTHWELL EARLE & XÓCHIHUA P.C.**
200 S.W. Market Street, Suite 1800
Portland, Oregon 97201
Tel:  (503) 222-4422
Fax:  (503) 222-4428

**Of Attorneys for Defendants**

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON - PORTLAND DIVISION

| | |
|---|---|
| STEVEN L. STANLEY,<br><br>Plaintiff,<br><br>v.<br><br>COMMUNITY DEVELOPMENT PARTNERS (CDP) – ERIK PAINE; KYLE PAINE, BRADFORD LONG; GUARDIAN MANAGEMENT, LLC,<br><br>Defendants. | Case No. 3:21-cv-193-MO<br><br>**UNOPPOSED MOTION TO WITHDRAW DEFENDANTS' SECOND FED. R. CIV. P. 12 MOTIONS AND ALLOW PLAINTIFF LEAVE TO AMEND COMPLAINT** |

Pursuant to Local Rule 7-1, counsel for Defendants certifies that conferral on this motion took place on July 13, 2021. Pursuant to Local Rule 7-2, counsel for Defendants certifies that this motion complies with the word and page limits contained in Local Rule 7-2.

The parties, after conferral on Defendants' Second Fed. R. Civ. P. 12 Motions, have stipulated that Defendants will withdraw their Second Fed. R. Civ. P. 12 Motions and do not

Page 1  **UNOPPOSED MOTION TO WITHDRAW DEFENDANTS' SECOND FED. R. CIV. P. 12 MOTIONS AND ALLOW PLAINTIFF LEAVE TO AMEND COMPLAINT**
L:\3500.0041-Stanley\PLD\Unopposed Motion to Withdraw Motions to Dismiss and Amend Complaint.docx

**DAVIS ROTHWELL EARLE & XÓCHIHUA P.C.**
200 SW Market St, Suite 1800
Portland, Oregon 97201
T (503) 222-4422  F (503) 222-4428

oppose an order granting Plaintiff leave to file a Second Amended Complaint with the aid of counsel.

DATED this 14th day of July, 2021.

          DAVIS ROTHWELL
          EARLE & XÓCHIHUA P.C.

          s/Sean D. McKean
          _____
          Christopher J. Drotzmann, OSB No. 962636
          Email: cdrotzmann@davisrothwell.com
          Sean D. McKean, OSB No. 204142
          Email: smckean@davisrothwell.com
          Of Attorneys for Defendants

Page 2   **UNOPPOSED MOTION TO WITHDRAW DEFENDANTS' SECOND FED. R. CIV. P. 12 MOTIONS AND ALLOW PLAINTIFF LEAVE TO AMEND COMPLAINT**
L:\3500.0041-Stanley\PLD\Unopposed Motion to Withdraw Motions to Dismiss and Amend Complaint.docx

**DAVIS ROTHWELL
EARLE & XÓCHIHUA P.C.**
200 SW MARKET ST, SUITE 1800
PORTLAND, OREGON 97201
T (503) 222-4422  F (503) 222-4428

CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing **UNOPPOSED MOTION TO WITHDRAW DEFENDANTS' SECOND FED. R. CIV. P. 12 MOTIONS AND ALLOW PLAINTIFF LEAVE TO AMEND COMPLAINT** on the following:

>Carter M. Mann, OSB. No. 960899
>Courtney B. McFate, OSB No. 202025
>Lane Powell PC
>601 SW 2nd Ave., Ste. 2100
>Portland, OR  97204
>Tel:    503.778.2121
>Fax:    503.778.2200
>Email: MannC@lanepowell.com
>            McFateC@lanepowell.com
>*Of Attorneys for Plaintiff*

by mailing to the foregoing a true copy thereof, placed in a sealed envelope, with postage prepaid, addressed as listed above, and depositing the same in the United States mail through a post office at Portland, Oregon, on this day and through the appropriate electronic file & serve system.

DATED this 14th day of July, 2021.

>DAVIS ROTHWELL
>EARLE & XÓCHIHUA, P.C.
>
>s/Sean D. McKean
>_____
>Christopher J. Drotzmann, OSB No. 962636
>E-mail: cdrotzmann@davisrothwell.com
>Sean D. McKean, OSB No. 204142
>Email: smckean@davisrothwell.com
>Of Attorneys for Defendants

Page 1    CERTIFICATE OF SERVICE

DAVIS ROTHWELL
EARLE & XÓCHIHUA P.C.
200 SW MARKET ST, SUITE 1800
PORTLAND, OREGON  97201
T (503) 222-4422  F (503) 222-4428

L:\3500.0041-Stanley\PLD\Unopposed Motion to Withdraw Motions to Dismiss and Amend Complaint.docx