Carter M. Mann, OSB No. 960899
mannc@lanepowell.com
Courtney B. McFate, OSB No. 202025
mcfatec@lanepowell.com
**LANE POWELL PC**
601 S.W. Second Avenue, Suite 2100
Portland, Oregon 97204
Telephone:  503.778.2100
Facsimile:  503.778.2200

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| STEVEN L. STANLEY,<br><br>                                    Plaintiff,<br><br>     v.<br><br>COMMUNITY DEVELOPMENT PARTNERS (CDP); GUARDIAN MANAGEMENT, LLC; VERIDIAN MANAGEMENT, INC.,<br><br>                                    Defendants. | Case No. 3:21-CV-193-MO<br><br>**AFFIDAVIT OF COURTNEY B. McFATE IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTIONS TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT** |

I, Courtney B. McFate, declare as follows:

1. I am an attorney with Lane Powell PC, attorneys of record for Plaintiff Steven L. Stanley.  I have personal knowledge of the facts set forth herein.  I make this declaration in support of Plaintiff's Opposition to Defendants' Motions to Dismiss Plaintiff's Second Amended Complaint.

2. Plaintiff filed his Second Amended Complaint ("Complaint") on August 12, 2021.

PAGE 1 –   AFFIDAVIT OF COURTNEY B. McFATE IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTIONS TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT

**LANE POWELL PC**
601 S.W. SECOND AVENUE, SUITE 2100
PORTLAND, OREGON 97204
503.778.2100  FAX: 503.778.2200

719694.0001/8656720.1

3. On August 26, 2021, Defendants Community Development Partners (CDP) and Guardian Management, LLC filed their Motions to Dismiss Plaintiff's Second Amended Complaint, including motions to dismiss for failure to state a claim upon which relief can be granted under Fed. R. Civ. P. 12(b)(6), and a motion to strike under Rule 12(f).

**I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge.**

Executed on September 9, 2021 in Portland Oregon.

*s/ Courtney B. McFate*
Courtney B. McFate

PAGE 2 –  AFFIDAVIT OF COURTNEY B. McFATE IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTIONS TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT

**LANE POWELL PC**
601 S.W. SECOND AVENUE, SUITE 2100
PORTLAND, OREGON 97204
503.778.2100  FAX: 503.778.2200

719694.0001/8656720.1