IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

STEVEN L. STANLEY,

        Plaintiff,

vs.

COMMUNITY DEVELOPMENT PARTNERS (CDP); GUARDIAN MANAGEMENT, LLC; and VIRIDIAN MANAGEMENT, INC,

        Defendant.

Case No. **3:21-CV-193-MO**

AFFIDAVIT OF SERVICE

STATE OF OREGON
COUNTY OF WALLOWA     ss.

I, Leland D. Daggett, being first duly sworn, depose and say that I am a competent person 18 years of age or older, a resident of the STATE OF OREGON and that I am not a party to nor an officer, director, or employee of, nor an attorney for any party, corporate or otherwise; that I made service of a true copy of:

*Summons and Second Amended Complaint; Exhibit A*

Upon **Viridian Management, Inc**, by personal service upon Aliana Whittle, the clerk on duty in the office of the registered agent, Chrisman Development, Inc., 200 E. Main Street, Enterprise, OR 97828 on August 30, 2021 at 3:04 PM.

I declare under the penalty of perjury that the above statement is true and correct.

X_____
Leland D. Daggett
Nationwide Process Service, Inc.
1201 S.W. 12th Avenue, Suite 300
Portland, OR 97205
503-241-0636

SUBSCRIBED AND SWORN BEFORE ME this ___ day of _____, 20__
by Leland D. Daggett.

_____
Notary Public

OFFICIAL STAMP
PAIGE LOUISE SULLY
NOTARY PUBLIC-OREGON
COMMISSION NO. 977008
MY COMMISSION EXPIRES JULY 19, 2022

*355415*