**Katie L. Smith**, OSB No. 034545
ksmith@lorberlaw.com
**Karlek S. Johnson**, OSB No. 164120
kjohnson@lorberlaw.com
LORBER, GREENFIELD & POLITO LLP
10200 SW Greenburg Rd., Ste. 740
Portland, Oregon 97223
T: (503) 416-4785
F: (503) 416-4795

*Attorneys for Viridian Management, Inc.*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| STEVEN L. STANLEY,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>COMMUNITY DEVELOPMENT PARTNERS (CDP); GUARDIAN MANAGEMENT, LLC; VIRIDIAN MANAGEMENT, INC.<br><br>　　　　　Defendants. | Case No. 3:21-CV-193-MO<br><br>NOTICE OF APPEARANCE |

PLEASE TAKE NOTICE that Defendant Viridian Management, Inc. appears in this action by and through Katie L. Smith and Karlek S. Johnson and the law firm of Lorber, Greenfield & Polito, LLP, by the undersigned attorney. All pleadings, notice and other papers in this action, with the exception of process, should be served at the address stated below:

///

///

PAGE 1 – NOTICE OF APPEARANCE

LORBER, GREENFIELD & POLITO, LLP
10200 SW Greenburg Rd., Ste. 740, Portland, Oregon 97223
Telephone (503) 416-4785 / Facsimile (503) 416-4795

Katie L. Smith, OSB No. 034545
ksmith@lorberlaw.com
Karlek S. Johnson, OSB No. 164120
kjohnson@lorberlaw.com
LORBER, GREENFIELD & POLITO LLP
10200 SW Greenburg Rd., Ste. 740
Portland, Oregon 97223
T: (503) 416-4785
F: (503) 416-4795


Dated this 14th day of September, 2021

LORBER, GREENFIELD & POLITO, LLP

By: */s/ Katie L. Smith*
Katie L. Smith, OSB No. 034545
ksmith@lorberlaw.com
Karlek S. Johnson, OSB No. 164120
kjohnson@lorberlaw.com

*Attorneys for Viridian Management, Inc.*

PAGE 2 – NOTICE OF APPEARANCE

LORBER, GREENFIELD & POLITO, LLP
10200 SW Greenburg Rd., Ste. 740, Portland, Oregon 97223
Telephone (503) 416-4785 / Facsimile (503) 416-4795

**CERTIFICATE OF SERVICE**

I hereby certify that on this 14 day of September, 2021, a true and correct copy of the foregoing document, which was filed with the Court through the CM/ECF system, will be sent electronically to all registered participants as identified on the Notice of Electronic Filing and paper copies will be sent via First Class Mail to those identified as nonregistered participants.

| | |
|---|---|
| Carter M. Mann<br>Courtney B. McFate<br>Lane Powell PC<br>601 SW 2nd Ave., Ste. 2100<br>Portland, OR 97204<br>Email: MannC@lanepowell.com<br>McFateC@lanepowell.com<br><br>*Attorneys for Plaintiff* | Christopher J. Drotzmann<br>Sean D. McKean<br>Davis, Rothwell, Earle & Xóchihua, PC<br>200 SW Market St., Ste. 1800<br>Portland, OR 97201<br>Email: cdrotzmann@davisrothwell.com<br>smckean@davisrothwell.com<br><br>*Attorneys for Defendants Community Development Partners (CDP) – Erik Paine, Kyle Pain. Bradford Long, and Guardian Management, LLC* |

**I declare under penalty of perjury under the laws of the State of Oregon that the above is true and correct.**

DATED this 14th day of September, 2021

LORBER, GREENFIELD & POLITO, LLP.


*/s/ S. Chandler Hicks*
Chandler Hicks, Legal Assistant

Page 1 – CERTIFICATE OF SERVICE