**Katie L. Smith**, OSB No. 034545
ksmith@lorberlaw.com
**Karlek S. Johnson**, OSB No. 164120
kjohnson@lorberlaw.com
LORBER, GREENFIELD & POLITO LLP
10200 SW Greenburg Rd., Ste. 740
Portland, Oregon 97223
T: (503) 416-4785
F: (503) 416-4795

*Attorneys for Viridian Management, Inc.*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| STEVEN L. STANLEY,<br><br>               Plaintiff,<br><br>v.<br><br>COMMUNITY DEVELOPMENT PARTNERS (CDP); GUARDIAN MANAGEMENT, LLC; VIRIDIAN MANAGEMENT, INC.<br><br>               Defendants. | Case No. 3:21-CV-193-MO<br><br>VIRIDIAN MANAGEMENT, INC.'S CORPORATE DISCLOSURE STATEMENT |

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for defendant Viridian Management, Inc. certifies, to the best of counsel's knowledge and belief:

1. Defendant Viridian Management, Inc. has no parent corporation;

2. Defendant Viridian Management, Inc. is not a publicly traded corporation; and

3. Defendant Viridian Management, Inc. is a citizen of Oregon.

///

///

PAGE 1 – VIRIDIAN MANAGEMENT, INC.'S CORPORATE DISCLOSURE STATEMENT

These representations are made for the judges of this Court to evaluate potential need for recusal.

Dated this 14th day of September, 2021

LORBER, GREENFIELD & POLITO, LLP

By: /s/ Katie L. Smith
Katie L. Smith, OSB No. 034545
ksmith@lorberlaw.com
Karlek S. Johnson, OSB No. 164120
kjohnson@lorberlaw.com

*Attorneys for Viridian Management, Inc.*

PAGE 2 – VIRIDIAN MANAGEMENT, INC.'S CORPORATE
DISCLOSURE STATEMENT

LORBER, GREENFIELD & POLITO, LLP
10200 SW Greenburg Rd., Ste. 740, Portland, Oregon 97223
Telephone (503) 416-4785 / Facsimile (503) 416-4795

| | |
|---|---|
| 1 | **<u>CERTIFICATE OF SERVICE</u>** |
| 2 | I hereby certify that on this 14 day of September, 2021, a true and correct copy of the |
| 3 | foregoing document, which was filed with the Court through the CM/ECF system, will be sent |
| 4 | electronically to all registered participants as identified on the Notice of Electronic Filing and |
| 5 | paper copies will be sent via First Class Mail to those identified as nonregistered participants. |

| | | |
|---|---|---|
| 6 | | |
| 7 | Carter M. Mann<br>Courtney B. McFate | Christopher J. Drotzmann<br>Sean D. McKean |
| 8 | Lane Powell PC<br>601 SW 2nd Ave., Ste. 2100 | Davis, Rothwell, Earle & Xóchihua, PC<br>200 SW Market St., Ste. 1800 |
| 9 | Portland, OR 97204<br>Email:  MannC@lanepowell.com | Portland, OR 97201<br>Email: cdrotzmann@davisrothwell.com |
| 10 | McFateC@lanepowell.com | smckean@davisrothwell.com |
| 11 | *Attorneys for Plaintiff* | *Attorneys for Defendants Community* |
| 12 | | *Development Partners (CDP) – Erik Paine,*<br>*Kyle Pain. Bradford Long, and Guardian* |
| 13 | | *Management, LLC* |
| 14 | | |
| 15 | **I declare under penalty of perjury under the laws of the State of Oregon that the**<br>**above is true and correct.** |
| 16 | DATED this 14th day of September, 2021 |
| 17 | LORBER, GREENFIELD & POLITO, LLP. |
| 18 | |
| 19 | */s/ S. Chandler Hicks* |
| 20 | Chandler Hicks, Legal Assistant |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |

Page 1 – CERTIFICATE OF SERVICE