**Katie L. Smith**, OSB No. 034545
ksmith@lorberlaw.com
**Karlek S. Johnson**, OSB No. 164120
kjohnson@lorberlaw.com
LORBER, GREENFIELD & POLITO LLP
10200 SW Greenburg Rd., Ste. 740
Portland, Oregon 97223
T: (503) 416-4785
F: (503) 416-4795

*Attorneys for Viridian Management, Inc.*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| STEVEN L. STANLEY,<br><br>       Plaintiff,<br><br>v.<br><br>COMMUNITY DEVELOPMENT PARTNERS (CDP); GUARDIAN MANAGEMENT, LLC; VIRIDIAN MANAGEMENT, INC.<br><br>       Defendants. | Case No. 3:21-CV-193-MO<br><br>NOTICE OF ASSOCIATION OF COUNSEL FOR DEFENDANT VIRIDIAN MANAGEMENT, LLC |

PLEASE TAKE NOTICE that effective immediately, Karlek S. Johnson of Lorber, Greenfield & Polito, LLP is hereby associated with Katie L. Smith of Lorber, Greenfield & Polito, LLP as counsel for record for Defendant Viridian Management, LLC.

Copies of all further papers and proceedings herein, except original service of process, shall be served upon the current attorney of record, in addition to the undersigned, at the following electronic mail addresses:

///

PAGE 1 - NOTICE OF ASSOCIATION OF COUNSEL FOR DEFENDANT VIRIDIAN MANAGEMENT, LLC

LORBER, GREENFIELD & POLITO, LLP
10200 SW Greenburg Rd., Ste. 740, Portland, Oregon 97223
Telephone (503) 416-4785 / Facsimile (503) 416-4795

  Karlek S. Johnson, kjohnson@lorberlaw.com;

  Sean P. Jenkins, Paralegal, sjenkins@lorberlaw.com; and

  S. Chandler Hicks, Legal Assistant, chicks@lorberlaw.com.

Please update your service lists with these additional contacts.

 Dated this 20th day of September, 2021

         LORBER, GREENFIELD & POLITO, LLP

         By: */s/ Karlek S. Johnson*
          Katie L. Smith, OSB No. 034545
          ksmith@lorberlaw.com
          Karlek S. Johnson, OSB No. 164120
          kjohnson@lorberlaw.com

         *Attorneys for Viridian Management, Inc.*

PAGE 2 - NOTICE OF ASSOCIATION OF COUNSEL FOR DEFENDANT VIRIDIAN MANAGEMENT, LLC

LORBER, GREENFIELD & POLITO, LLP
10200 SW Greenburg Rd., Ste. 740, Portland, Oregon 97223
Telephone (503) 416-4785 / Facsimile (503) 416-4795

**CERTIFICATE OF SERVICE**

1. I hereby certify that on this 20th day of September, 2021, a true and correct copy of the foregoing document, which was filed with the Court through the CM/ECF system, will be sent electronically to all registered participants as identified on the Notice of Electronic Filing and paper copies will be sent via First Class Mail to those identified as nonregistered participants.

| | |
|---|---|
| Carter M. Mann<br>Courtney B. McFate<br>Lane Powell PC<br>601 SW 2nd Ave., Ste. 2100<br>Portland, OR 97204<br>Email: MannC@lanepowell.com<br>McFateC@lanepowell.com<br><br>*Attorneys for Plaintiff* | Christopher J. Drotzmann<br>Sean D. McKean<br>Davis, Rothwell, Earle & Xóchihua, PC<br>200 SW Market St., Ste. 1800<br>Portland, OR 97201<br>Email: cdrotzmann@davisrothwell.com<br>smckean@davisrothwell.com<br><br>*Attorneys for Defendants Community Development Partners (CDP) – Erik Paine, Kyle Pain. Bradford Long, and Guardian Management, LLC* |

**I declare under penalty of perjury under the laws of the State of Oregon that the above is true and correct.**

DATED this 20th day of September, 2021

LORBER, GREENFIELD & POLITO, LLP.


/s/ S. Chandler Hicks
S. Chandler Hicks, Legal Assistant