**Katie L. Smith**, OSB No. 034545
ksmith@lorberlaw.com
**Karlek S. Johnson**, OSB No. 164120
kjohnson@lorberlaw.com
LORBER, GREENFIELD & POLITO LLP
10200 SW Greenburg Rd., Ste. 740
Portland, Oregon 97223
T: (503) 416-4785
F: (503) 416-4795

*Attorneys for Viridian Management, Inc.*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| STEVEN L. STANLEY,<br><br>Plaintiff,<br><br>v.<br><br>COMMUNITY DEVELOPMENT PARTNERS (CDP); GUARDIAN MANAGEMENT, LLC; VIRIDIAN MANAGEMENT, INC.<br><br>Defendants. | Case No. 3:21-CV-193-MO<br><br>DEFENDANT VIRIDIAN MANAGEMENT, INC.'S JOINDER OF DEFENDANTS' COMMUNITY DEVELOPMENT PARTNERS AND GUARDIAN MANAGEMENT, LLC'S MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT |

**COMPLIANCE WITH LOCAL RULE 7-1**

Counsel for the moving parties discussed the substance of this motion with counsel for Plaintiff via teleconference on September 16, 2021, in a good faith effort to resolve this dispute.

**COMPLIANCE WITH LOCAL RULE 7-2**

These motions comply with the word limit and page limit set forth in Local rule 7-2.

\\\

PAGE 1 - DEFENDANT VIRIDIAN MANAGEMENT, INC.'S JOINDER OF DEFENDANTS' COMMUNITY DEVELOPMENT PARTNERS AND GUARDIAN MANAGEMENT, LLC'S MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT

LORBER, GREENFIELD & POLITO, LLP
10200 SW Greenburg Rd., Ste. 740, Portland, Oregon 97223
Telephone (503) 416-4785 / Facsimile (503) 416-4795

**JOINDER MOTION**

PLEASE TAKE NOTICE that defendant Viridian Management, Inc. ("Viridian") joins in defendants Community Development Partners (CDP) and Guardian Management, LLC's ("Defendants") motion to dismiss pursuant to Fed. R. Civ. P. 12(b)(6) and Fed. R. Civ. P. 12(f) (Docket Entry No. 67), for all the reasons therein.

Specifically, Viridian joins Defendants' motions:

1. For an order, pursuant to Fed. R. Civ. P. 12(b)(6), dismissing plaintiff's Sixth Claim for Relief alleging Intentional Infliction of Emotional Distress, because it fails to state a claim from which relief can be granted.
2. For an order, pursuant to Fed. R. Civ. P. 12(b)(6), dismissing plaintiff's Fair Housing Amendment Act and Oregon Fair Housing Act discrimination claims alleging failure to engage in an interactive process regarding plaintiff's requests for reasonable accommodation because such claims fail to state a claim for relief.
3. For an order, pursuant to Fed. R. Civ. P. 12(b)(6), dismissing plaintiff's Fair Housing Amendment Act and Oregon Fair Housing Act discrimination claims alleging failure to designate a nonsmoking area of Milepost 5 and relocating plaintiff to a non-smoking unit because such claims fail to state a claim for relief.
4. For an order, pursuant to Fed. R. Civ. P. 12(f), to strike paragraphs 35 through 41 of plaintiff's complaint.

Viridian incorporates herein by reference all legal points, authorities, and arguments asserted in Defendants' motion to dismiss against Plaintiff's Second Amended Complaint. All of the arguments related to the deficiencies in the pleadings raised in Fed. R. Civ. P. 12(b)(6) motions 1, 2, and 3 challenge allegations against all defendants in the case. Therefore, all arguments raised in Defendants' motions to dismiss apply equally to the claims raised against

PAGE 2 - DEFENDANT VIRIDIAN MANAGEMENT, INC.'S JOINDER OF DEFENDANTS' COMMUNITY DEVELOPMENT PARTNERS AND GUARDIAN MANAGEMENT, LLC'S MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT

LORBER, GREENFIELD & POLITO, LLP
10200 SW Greenburg Rd., Ste. 740, Portland, Oregon 97223
Telephone (503) 416-4785 / Facsimile (503) 416-4795

Viridian.  Viridian does not request additional time for oral argument.

Dated this 20th day of September, 2021

                                                LORBER, GREENFIELD & POLITO, LLP

                                                By: */s/ Katie L. Smith*
                                                     Katie L. Smith, OSB No. 034545
                                                     ksmith@lorberlaw.com
                                                     Karlek S. Johnson, OSB No. 164120
                                                     kjohnson@lorberlaw.com
                                                     *Attorneys for Viridian Management, Inc.*

PAGE 3 - DEFENDANT VIRIDIAN MANAGEMENT, INC.'S JOINDER OF DEFENDANTS' COMMUNITY DEVELOPMENT PARTNERS AND GUARDIAN MANAGEMENT, LLC'S MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT

LORBER, GREENFIELD & POLITO, LLP
10200 SW Greenburg Rd., Ste. 740, Portland, Oregon 97223
Telephone (503) 416-4785 / Facsimile (503) 416-4795

**CERTIFICATE OF SERVICE**

I hereby certify that on this 20th day of September, 2021, a true and correct copy of the foregoing document, which was filed with the Court through the CM/ECF system, will be sent electronically to all registered participants as identified on the Notice of Electronic Filing and paper copies will be sent via First Class Mail to those identified as nonregistered participants.

Carter M. Mann
Courtney B. McFate
Lane Powell PC
601 SW 2nd Ave., Ste. 2100
Portland, OR 97204
Email: MannC@lanepowell.com
McFateC@lanepowell.com

*Attorneys for Plaintiff*

Christopher J. Drotzmann
Sean D. McKean
Davis, Rothwell, Earle & Xóchihua, PC
200 SW Market St., Ste. 1800
Portland, OR 97201
Email: cdrotzmann@davisrothwell.com
smckean@davisrothwell.com

*Attorneys for Defendants Community Development Partners (CDP) – Erik Paine, Kyle Pain. Bradford Long, and Guardian Management, LLC*

**I declare under penalty of perjury under the laws of the State of Oregon that the above is true and correct.**

DATED this 20th day of September, 2021

LORBER, GREENFIELD & POLITO, LLP.

*/s/ S. Chandler Hicks*
S. Chandler Hicks, Legal Assistant