**Katie L. Smith**, OSB No. 034545
ksmith@lorberlaw.com
**Paul L. Hathaway IV**, OSB No. 183515
kjohnson@lorberlaw.com
LORBER, GREENFIELD & POLITO LLP
10200 SW Greenburg Rd., Ste. 740
Portland, Oregon 97223
T: (503) 416-4785
F: (503) 416-4795

*Attorneys for Viridian Management, Inc.*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| STEVEN L. STANLEY,<br><br>    Plaintiff,<br><br>v.<br><br>COMMUNITY DEVELOPMENT PARTNERS (CDP); GUARDIAN MANAGEMENT, LLC; VIRIDIAN MANAGEMENT, INC.<br><br>    Defendants. | Case No. 3:21-CV-193-MO<br><br>WITHDRAWAL AND SUBSTITUTION OF COUNSEL FOR DEFENDANT VIRIDIAN MANAGEMENT, INC.<br><br>**CLERK ACTION REQUIRED** |

TO:   THE CLERK OF THE COURT

AND TO:  ALL COUNSEL OF RECORD

  Please make note that effective immediately Karlek S. Johnson withdraws as counsel of record for Defendant Viridian Management, Inc. ("Viridian"). Paul L. Hathaway IV of Lorber, Greenfield & Polito, LLP hereby substitute as counsel of record for Viridian in place of Karlek S. Johnson. All further service of pleadings or papers, except for process, shall be made on Katie L. Smith and Paul L. Hathaway IV at the address listed below:

PAGE 1 - WITHDRAWAL AND SUBSTITUTION OF COUNSEL FOR DEFENDANT VIRIDIAN MANAGEMENT, INC.

LORBER, GREENFIELD & POLITO, LLP
10200 SW Greenburg Rd., Ste. 740, Portland, Oregon 97223
Telephone (503) 416-4785 / Facsimile (503) 416-4795

Katie L. Smith, OSB No. 034545
Email: ksmith@lorberlaw.com
Paul L. Hathaway IV, OSB No. 183515
Email: phathaway@lorberlaw.com
Lorber, Greenfield & Polito, LLP
10200 SW Greenburg Rd., Ste. 740
Portland, OR 97233
T: (503) 416-4785
F: (503) 416-4795


Dated this 4th day of November, 2021

        LORBER, GREENFIELD & POLITO, LLP

        By: */s/ Katie L. Smith*
           Katie L. Smith, OSB No. 034545
           ksmith@lorberlaw.com
           Paul L. Hathaway IV, OSB No. 183515
           phathaway@lorberlaw.com

        *Attorneys for Viridian Management, Inc.*

PAGE 2 - WITHDRAWAL AND SUBSTITUTION OF COUNSEL FOR DEFENDANT VIRIDIAN MANAGEMENT, INC.

LORBER, GREENFIELD & POLITO, LLP
10200 SW Greenburg Rd., Ste. 740, Portland, Oregon 97223
Telephone (503) 416-4785 / Facsimile (503) 416-4795

**CERTIFICATE OF SERVICE**

I hereby certify that on this 4th day of November, 2021, a true and correct copy of the foregoing document, which was filed with the Court through the CM/ECF system, will be sent electronically to all registered participants as identified on the Notice of Electronic Filing and paper copies will be sent via First Class Mail to those identified as nonregistered participants.

| | |
|---|---|
| Carter M. Mann<br>Courtney B. McFate<br>Lane Powell PC<br>601 SW 2nd Ave., Ste. 2100<br>Portland, OR 97204<br>Email: MannC@lanepowell.com<br>McFateC@lanepowell.com<br><br>*Attorneys for Plaintiff* | Christopher J. Drotzmann<br>Sean D. McKean<br>Davis, Rothwell, Earle & Xóchihua, PC<br>200 SW Market St., Ste. 1800<br>Portland, OR 97201<br>Email: cdrotzmann@davisrothwell.com<br>smckean@davisrothwell.com<br><br>*Attorneys for Defendants Community Development Partners (CDP) – Erik Paine, Kyle Pain. Bradford Long, and Guardian Management, LLC* |

**I declare under penalty of perjury under the laws of the State of Oregon that the above is true and correct.**

DATED this 4 day of November, 2021

LORBER, GREENFIELD & POLITO, LLP.


*/s/ S. Chandler Hicks*
S. Chandler Hicks