**Thomas F. Olsen**, OSB No. 132422
tolsen@lorberlaw.com
**Paul L. Hathaway IV**, OSB No. 183515
phathaway@lorberlaw.com
LORBER, GREENFIELD & POLITO LLP
10200 SW Greenburg Rd., Ste. 740
Portland, Oregon 97223
T: (503) 416-4785
F: (503) 416-4795

*Attorneys for Viridian Management, Inc.*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| STEVEN L. STANLEY,<br><br>    Plaintiff,<br><br>v.<br><br>COMMUNITY DEVELOPMENT PARTNERS (CDP); GUARDIAN MANAGEMENT, LLC; VIRIDIAN MANAGEMENT, INC.<br><br>    Defendants. | Case No. 3:21-CV-193-MO<br><br>WITHDRAWAL AND SUBSTITUTION OF COUNSEL FOR DEFENDANT VIRIDIAN MANAGEMENT, INC. |

  Please make note that effective immediately Katie L. Smith withdraws as counsel of record for Defendant Viridian Management, Inc. ("Viridian"). Thomas F. Olsen, of Greenfield & Polito, LLP, hereby substitutes as counsel of record for Viridian in place of Katie L. Smith. All further service of pleadings or papers, except for process, shall be made on Thomas F. Olsen and Paul L. Hathaway IV at the address listed below:

///

///

///

PAGE 1 - WITHDRAWAL AND SUBSTITUTION OF COUNSEL FOR DEFENDANT VIRIDIAN MANAGEMENT, INC.

LORBER, GREENFIELD & POLITO, LLP
10200 SW Greenburg Rd., Ste. 740, Portland, Oregon 97223
Telephone (503) 416-4785 / Facsimile (503) 416-4795

    Thomas F. Olsen, OSB No. 132422
    Email:  tolsen@lorberlaw.com
    Paul L. Hathaway IV, OSB No. 183515
    Email:  phathaway@lorberlaw.com
    Lorber, Greenfield & Polito, LLP
    10200 SW Greenburg Rd., Ste. 740
    Portland, OR 97233
    T: (503) 416-4785
    F: (503) 416-4795

Dated this 18th day of November, 2021

                                    LORBER, GREENFIELD & POLITO, LLP

                                    By: */s/ Thomas F. Olsen*
                                        Thomas F. Olsen, OSB No. 132422
                                        tolsen@lorberlaw.com
                                        Paul L. Hathaway IV, OSB No. 183515
                                        phathaway@lorberlaw.com

                                        *Attorneys for Viridian Management, Inc.*

PAGE 2 - WITHDRAWAL AND SUBSTITUTION OF COUNSEL
FOR DEFENDANT VIRIDIAN MANAGEMENT, INC.

LORBER, GREENFIELD & POLITO, LLP
10200 SW Greenburg Rd., Ste. 740, Portland, Oregon 97223
Telephone (503) 416-4785 / Facsimile (503) 416-4795

**CERTIFICATE OF SERVICE**

I hereby certify that on this 18th day of November, 2021, a true and correct copy of the foregoing document, which was filed with the Court through the CM/ECF system, will be sent electronically to all registered participants as identified on the Notice of Electronic Filing and paper copies will be sent via First Class Mail to those identified as nonregistered participants.

| | |
|---|---|
| Carter M. Mann<br>Courtney B. McFate<br>Lane Powell PC<br>601 SW 2nd Ave., Ste. 2100<br>Portland, OR 97204<br>Email: MannC@lanepowell.com<br>          McFateC@lanepowell.com<br><br>*Attorneys for Plaintiff* | Christopher J. Drotzmann<br>Sean D. McKean<br>Davis, Rothwell, Earle & Xóchihua, PC<br>200 SW Market St., Ste. 1800<br>Portland, OR 97201<br>Email: cdrotzmann@davisrothwell.com<br>          smckean@davisrothwell.com<br><br>*Attorneys for Defendants Community Development Partners (CDP) – Erik Paine, Kyle Pain. Bradford Long, and Guardian Management, LLC* |

**I declare under penalty of perjury under the laws of the State of Oregon that the above is true and correct.**

DATED this 18th day of November, 2021

LORBER, GREENFIELD & POLITO, LLP.


*/s/ Chandler Hicks*
Chandler Hicks, Legal Assistant

Page 1 – CERTIFICATE OF SERVICE