Carter M. Mann, OSB No. 960899
mannc@lanepowell.com
Courtney McFate, OSB No. 202025
mcfatec@lanepowell.com
**LANE POWELL PC**
601 S.W. Second Avenue, Suite 2100
Portland, Oregon 97204
Telephone:  503.778.2100
Facsimile:  503.778.2200

Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| STEVEN L. STANLEY,<br><br>                                 Plaintiff,<br><br>        v.<br><br>COMMUNITY DEVELOPMENT<br>PARTNERS (CDP); GUARDIAN<br>MANAGEMENT, LLC; VIRIDIAN<br>MANAGEMENT, INC.<br><br>                                 Defendants. | Case No. 3:21-CV-193-MO<br><br>**PROPOSED JOINT FRCP 26<br>DISCOVERY PLAN** |

1.      Pursuant to Fed. R. Civ. P. Rule 26(f) and L.R. 26-1, counsel for all parties held an initial conference regarding discovery planning on November 15, 2021, and have conferred on and agreed to the contents of this proposed discovery plan.

2.      **Pre-Discovery Disclosures.**  The parties agree that initial disclosures under Fed. R. Civ. P. 26(a)(1) will be completed by December 29, 2021.

3.      **Discovery Plan.**  The parties jointly propose to the Court the following discovery plan:

        a.      Discovery will be needed on the following subjects:

PAGE 1 –  PROPOSED JOINT FRCP 26 DISCOVERY PLAN

     1)     Plaintiff's allegations

     2)     Defendants' affirmative defenses, and any other defenses that may arise in the course of discovery.

     3)     All other issues raised by the pleadings;

     4)     Any expert disclosures;

     5)     All other matters that are reasonably calculated to lead to the discovery of admissible evidence.

    b.  The parties propose the following deadlines:

| Event | Deadline |
| --- | --- |
| Initial disclosures complete | December 29, 2021 |
| Conferral regarding ADR | January 10, 2022 |
| Completion of all discovery, including depositions and responses to all written discovery | April 15, 2022 |
| Submission of joint ADR report | May 2, 2022 |
| Plaintiff's amendment of pleadings, joinder of parties, filing of third-party complaint | May 16, 2022 |
| Defendants' amendment of pleadings, joinder of parties, filing of third-party complaint | June 13, 2022 |
| Submission of dispositive motions | July 18, 2022 |
| Disclosure of expert witnesses | 90 days before date set for trial |
| Joint Pretrial Order | Deadline to be set at the same time as trial setting |

    c.     Maximum of three depositions by each party (exclusive of expert witnesses).

    d.     Supplementations of reports or information shall be made by all parties reasonably as they become aware that information previously disclosed is incomplete or incorrect, and in any event, not later than the end of the discovery period and again thirty (30) days before the beginning of the session of Court at which the case is set for trial, in conjunction with the other disclosures required by Rule 26(a)(3).

    e.     The parties have agreed to take steps to preserve electronically stored

PAGE 2 – PROPOSED JOINT FRCP 26 DISCOVERY PLAN

**LANE POWELL PC**
601 S.W. SECOND AVENUE, SUITE 2100
PORTLAND, OREGON 97204
503.778.2100  FAX: 503.778.2200

719694.0001/8778632.1

information and do not anticipate any difficulties or complications with respect to electronically stored information. The parties agree that electronically stored information will be produced in the form(s) in which the information is ordinarily and customarily maintained in the usual course of business, or, if not reasonably usable in that form, in such other form as is reasonably usable.

       f.     The case is expected to be ready for trial on or around September 12, 2022, to be scheduled after any dispositive motions are resolved, and is expected to take no more than three to four days. The parties request a pretrial conference approximately two weeks before trial.

       g.     The parties are in agreement that this case does not need early judicial intervention due to complexity or other factors.

       h.     All parties reserve the right to move for a protective order, as appropriate.

PAGE 3 – PROPOSED JOINT FRCP 26 DISCOVERY PLAN

**LANE POWELL PC**
601 S.W. SECOND AVENUE, SUITE 2100
PORTLAND, OREGON 97204
503.778.2100  FAX: 503.778.2200

719694.0001/8778632.1

4.      **Request for Extension for Deadlines to File Joint Proposed Pretrial Order and Joint ADR Report**.  The parties respectfully request that the Court extend the deadline to file the Joint ADR Report from January 3, 2022 to May 2, 2022, so that the parties have sufficient time to attempt ADR at least once before the report is due.  In addition, the parties respectfully request that all deadlines for pretrial motions and filings, including a Proposed Pretrial Order, be set at the same time as trial setting.

DATED:  November 29, 2021

LANE POWELL PC


By:    *s/ Courtney McFate*
      Carter M. Mann, OSB No. 960899
      Courtney McFate, OSB No. 202025
      Telephone:  503.778.2100
Attorneys for Plaintiff

DAVIS ROTHWELL EARLE & XÓCHIHUA P.C.

By:    *s/ Sean D. McKean*
      Christopher J. Drotzmann, OSB No. 962636
      Sean D. McKean, OSB No. 204142
      Telephone:  503.222-4422
Attorneys for Defendants Community Development Partners and Guardian Management, LLC

**LANE POWELL PC**
601 S.W. SECOND AVENUE, SUITE 2100
PORTLAND, OREGON 97204
503.778.2100  FAX: 503.778.2200

719694.0001/8778632.1