**Thomas F. Olsen**, OSB No. 132422
tolsen@lorberlaw.com
**Paul L. Hathaway IV**, OSB No. 183515
phathaway@lorberlaw.com
LORBER, GREENFIELD & POLITO LLP
10200 SW Greenburg Rd., Ste. 740
Portland, Oregon 97223
T: (503) 416-4785
F: (503) 416-4795

*Attorneys for Viridian Management, Inc.*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| STEVEN L. STANLEY,<br><br>        Plaintiff,<br><br>v.<br><br>COMMUNITY DEVELOPMENT PARTNERS (CDP); GUARDIAN MANAGEMENT, LLC; VIRIDIAN MANAGEMENT, INC.<br><br>        Defendants. | Case No. 3:21-CV-193-MO<br><br>STIPULATION AND ORDER FOR LIMITED DISMISSAL WITHOUT PREJUDICE OF DEFENDANT VIRIDIAN MANAGEMENT, INC. ONLY |

## **STIPULATION**

Pursuant to FRCP 41, the Plaintiff Steven L. Stanley ("Plaintiff") and Defendant Viridian Management, Inc. ("Viridian") stipulate and request that an order be entered

\\\

\\\

\\\

PAGE 1 - STIPULATION AND ORDER FOR LIMITED DISMISSAL WITHOUT PREJUDICE OF DEFENDANT VIRIDIAN MANAGEMENT, INC. ONLY

LORBER, GREENFIELD & POLITO, LLP
10200 SW Greenburg Rd., Ste. 740, Portland, Oregon 97223
Telephone (503) 416-4785 / Facsimile (503) 416-4795

dismissing all claims and counterclaims in this matter between Plaintiff and Viridian only without prejudice and without award of costs or fees to either party.

Dated this 19th day of November, 2021

Approved and Presented by:

| LANE POWELL PC | LORBER, GREENFIELD & POLITO, LLP |
|---|---|
| By: /s/ Courtney B. McFate w/ permission<br>Carter M. Mann, OSB No. 960899<br>mannc@lanepowell.com<br>Courtney B. McFate, OSB No. 202025<br>mcfatec@lanepowell.com | By: /s/ Paul L. Hathaway IV<br>Thomas F. Olsen, OSB No. 132422<br>tolsen@lorberlaw.com<br>Paul L. Hathaway IV, OSB No. 183515<br>phathaway@lorberlaw.com |
| *Attorneys for Plaintiff* | *Attorneys for Viridian Management, Inc.* |

PAGE 2 - STIPULATION AND ORDER FOR LIMITED DISMISSAL WITHOUT PREJUDICE OF DEFENDANT VIRIDIAN MANAGEMENT, INC. ONLY

LORBER, GREENFIELD & POLITO, LLP
10200 SW Greenburg Rd., Ste. 740, Portland, Oregon 97223
Telephone (503) 416-4785 / Facsimile (503) 416-4795

## **ORDER**

This matter comes before the Court on the above Stipulation between Plaintiff Steven L. Stanley ("Plaintiff") and Defendant Viridian Management, Inc. ("Viridian"), and the Court being fully advised, HEREBY ORDERS that all claims and counterclaims between Plaintiff and Viridian only are DISMISSED WITHOUT PREJUDICE and without award of costs or fees to either party.

IT IS SO ORDERED AND ADJUDGED

DATED this   10   day of   December  , 2021.


*Michael W. Mosman*
Hon. Michael W. Mosman
United States District Judge

PAGE 3 - STIPULATION AND ORDER FOR LIMITED DISMISSAL WITHOUT PREJUDICE OF DEFENDANT VIRIDIAN MANAGEMENT, INC. ONLY

LORBER, GREENFIELD & POLITO, LLP
10200 SW Greenburg Rd., Ste. 740, Portland, Oregon 97223
Telephone (503) 416-4785 / Facsimile (503) 416-4795