Carter M. Mann, OSB No. 960899
mannc@lanepowell.com
Courtney B. McFate, OSB No. 202025
mcfatec@lanepowell.com
**LANE POWELL PC**
601 S.W. Second Avenue, Suite 2100
Portland, Oregon 97204
Telephone:  503.778.2100
Facsimile:  503.778.2200

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| STEVEN L. STANLEY,<br><br>                       Plaintiff,<br><br>    v.<br><br>COMMUNITY DEVELOPMENT PARTNERS (CDP); GUARDIAN MANAGEMENT, LLC; VIRIDIAN MANAGEMENT, INC.,<br><br>                      Defendant. | Case No. 3:21-cv-00193-MO<br><br>JOINT ALTERNATIVE DISPUTE RESOLUTION REPORT |

Pursuant to LR 16-4(d), the parties to all cases, unless exempt, are required to confer regarding ADR and file this report within one-hundred fifty (150) days of the initiation of a lawsuit.  This report is submitted in compliance with LR 16-4(d).

1.    Have counsel held settlement discussions with their clients and the opposing party?

       [X] Yes    [ ] No

       If not, provide an explanation:

       _____

2.    The parties propose:  (*check one of the following*)

       [ ]  (a) That this case be referred to a neutral of their choice for ADR not sponsored by the Court pursuant to LR 16-4(e)(1).

PAGE 1 –  JOINT ALTERNATIVE DISPUTE RESOLUTION REPORT

**LANE POWELL PC**
601 S.W. SECOND AVENUE, SUITE 2100
PORTLAND, OREGON 97204
503.778.2100  FAX: 503.778.2200

719694.0001/8966386.1

[X] (b) That the Court refer this case to mediation using a Court-sponsored mediator. (*See* LR 16-4(f) for Court-sponsored mediation procedures). The parties seek a Court mediator because:

While there have been informal settlement discussions, the parties have reached an impasse and believe mediator assistance is necessary to settle this case. The parties believe there is a good chance this case will settle at mediation.

[ ] (c) ADR may be helpful at a later date following completion of:
_____

[ ] (d) The parties believe the Court would be of assistance in preparing for ADR by:
_____

[ ] (e) The parties do not believe that any form of ADR will assist in the resolution of this case.

[ ] (f) Other:
_____

DATED: May 2, 2022

LANE POWELL PC

By: *s/ Courtney B. McFate*
Carter M. Mann, OSB No. 960899
Courtney B. McFate, OSB No. 202025
Telephone: 503.778.2100
Attorneys for Plaintiff

DATED: May 2, 2022

DAVIS ROTHWELL EARLE & XOCHIHUA PC

By: *s/ Sean D. McKean*
Christopher J. Drotzmann, OSB No. 962636
Sean Douglas McKean, OSB No. 204142
Telephone: 503.222.4422
Attorneys for Defendants

PAGE 2 – JOINT ALTERNATIVE DISPUTE RESOLUTION REPORT

**LANE POWELL PC**
601 S.W. SECOND AVENUE, SUITE 2100
PORTLAND, OREGON 97204
503.778.2100  FAX: 503.778.2200

719694.0001/8966386.1