**Christopher J. Drotzmann, OSB No. 962636**
Email: cdrotzmann@davisrothwell.com
**Sean D. McKean, OSB No. 204142**
Email: smckean@davisrothwell.com
**DAVIS ROTHWELL EARLE & XÓCHIHUA P.C.**
200 S.W. Market Street, Suite 1800
Portland, Oregon 97201
Tel:  (503) 222-4422
Fax: (503) 222-4428

**Of Attorneys for Defendants Community Development Partners and Guardian Management, LLC**

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON - PORTLAND DIVISION

| | |
|---|---|
| STEVEN L. STANLEY,<br><br>                    Plaintiff,<br><br>           v.<br><br>COMMUNITY DEVELOPMENT PARTNERS (CDP) – ERIK PAINE; KYLE PAINE, BRADFORD LONG; GUARDIAN MANAGEMENT, LLC; VERIDIAN MANAGEMENT, INC.,<br><br>                    Defendants. | Case No. 3:21-cv-193-MO<br><br>**NOTICE OF WITHDRAWAL OF ATTORNEY** |

Pursuant to L.R. 83-11(b), Sean D. McKean hereby withdraws as one of the attorneys of record for Defendants Community Development Partners and Guardian Management, LLC. Copies of all further papers and proceedings herein, except original service of process, shall continue to be served upon the current attorney(s) of record, Christopher J. Drotzmann (Davis Rothwell Earle & Xochihua P.C.).

Page 1   **NOTICE OF WITHDRAWAL OF ATTORNEY**

L:\3500.0041-Stanley\PLD\Notice of Withdrawal.docx

**DAVIS ROTHWELL**
**EARLE & XÓCHIHUA P.C.**
200 SW MARKET ST, SUITE 1800
PORTLAND, OREGON 97201
T (503) 222-4422  F (503) 222-4428

DATED this 20th day of May, 2022.

                                                                                DAVIS ROTHWELL
                                                                                EARLE & XÓCHIHUA P.C.

                                                                                s/ Sean D. McKean
                                                          Christopher J. Drotzmann, OSB No. 962636
                                                          Email: cdrotzmann@davisrothwell.com
                                                          Sean D. McKean, OSB No. 204142
                                                          Email: smckean@davisrothwell.com
                                                          Of Attorneys for Defendants
                                                          Community Development Partners and
                                                          Guardian Management, LLC

Page 2    **NOTICE OF WITHDRAWAL OF ATTORNEY**

L:\3500.0041-Stanley\PLD\Notice of Withdrawal.docx

**DAVIS ROTHWELL
EARLE & XÓCHIHUA P.C.**
200 SW MARKET ST, SUITE 1800
PORTLAND, OREGON 97201
T (503) 222-4422  F (503) 222-4428