**Christopher J. Drotzmann, OSB No. 962636**
Email: cdrotzmann@davisrothwell.com
**DAVIS ROTHWELL EARLE & XÓCHIHUA P.C.**
200 S.W. Market Street, Suite 1800
Portland, Oregon 97201
Tel:  (503) 222-4422
Fax:  (503) 222-4428

**Of Attorneys for Defendants Community Development Partners and Guardian Management, LLC**

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON - PORTLAND DIVISION

| | |
|---|---|
| STEVEN L. STANLEY,<br><br>                    Plaintiff,<br><br>     v.<br><br>COMMUNITY DEVELOPMENT PARTNERS (CDP) – ERIK PAINE; KYLE PAINE, BRADFORD LONG; GUARDIAN MANAGEMENT, LLC; VERIDIAN MANAGEMENT, INC.,<br><br>                    Defendants. | Case No. 3:21-cv-193-MO<br><br>**STIPULATED GENERAL JUDGMENT OF DISMISSAL** |

Based upon the stipulation of the parties, all of plaintiff's claims against defendants in this case have been fully compromised, and may be entered with prejudice and without attorney fees or costs to any party, and there being no just reason or delay, it is hereby

/ / /

/ / /

/ / /

Page 1   STIPULATED GENERAL JUDGMENT OF DISMISSAL
L:\3500.0041-Stanley\PLD\STIPULATED GENERAL JUDGMENT OF DISMISSAL.docx

DAVIS ROTHWELL
EARLE & XÓCHIHUA P.C.
200 SW Market St, Suite 1800
Portland, Oregon 97201
T (503) 222-4422  F (503) 222-4428

ORDERED AND ADJUDGED that dismissal with prejudice and without attorney fees or costs be entered in this matter.

DATED: _____

_____
U.S. District Court Judge

IT IS SO STIPULATED:

LANE POWELL PC

*/s/ Courtney B. McFate*
_____
Carter M. Mann, OSB. No. 960899
Courtney B. McFate, OSB No. 202025
Of Attorneys for Plaintiff


DAVIS ROTHWELL
EARLE & XÓCHIHUA, P.C.

*/s/ Christopher J. Drotzmann*
_____
Christopher J. Drotzmann, OSB No. 962636
Of Attorneys for Defendants

Page 2  **STIPULATED GENERAL JUDGMENT OF DISMISSAL**
L:\3500.0041-Stanley\PLD\STIPULATED GENERAL JUDGMENT OF DISMISSAL.docx

**DAVIS ROTHWELL
EARLE & XÓCHIHUA P.C.**
200 SW Market St, Suite 1800
Portland, Oregon 97201
T (503) 222-4422  F (503) 222-4428